THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Furman Jamar
 Williams, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.   2008-UP-454
 Submitted August 1, 2008  Filed August 7,
2008 

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, South Carolina Department of
 Probation, Parole and Pardon Services, for Respondent.
 
 
 

PER CURIAM:  Furman Jamar Williams appeals his probation
 revocation.  His probation was revoked for five years and then terminated. 
 Williams argues the trial court erred by revoking his probation for failure to
 pay fines.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Williams appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
KONDUROS, J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.